IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAY WELLS and RYAN RASMUSSEN,<br><br>          Plaintiffs,<br><br>     v.<br><br>LAWRENCE VOLF, PRIME TRADING COMPANY, COMMERCIAL HEDGE SERVICES, SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT,<br><br>          Defendants. | 4:04CV3193<br><br>ORDER |

IT IS ORDERED:

The motion by defendants Sherman County Bank and Sherman County Management, Inc., filing 84, to withdraw motion is granted and the motion to compel, filing 81, is deemed withdrawn.

DATED this 2nd day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge