IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAY WELLS and RYAN RASMUSSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE VOLF; PRIME TRADING COMPANY, INC., a Nebraska corporation; COMMERCIAL HEDGE SERVICES, INC., a Nebraska corporation; SHERMAN COUNTY BANK; and SHERMAN COUNTY MANAGEMENT, INC., a Nebraska corporation,<br><br>Defendants.<br><br>―――――――――――――――――――<br><br>SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., a Nebraska corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>R.J. O'BRIEN & ASSOCIATES, INC., an Illinois corporation,<br><br>Third-Party Defendants. | Case No. 4:04CV 3193<br><br><br><br><br><br><br>**ORDER** |

IT IS ORDERED that the Motion for Enlargement of Time (filing 86) is granted as follows:

1. Defendants shall have until May 23, 2005, to respond to Plaintiffs' statement of appeal (filing 75); and

L0644575.1

-2-

2.  Plaintiffs shall have until May 27, 2005, to file a motion for class certification.

DATED this 2nd day of May, 2005.

>BY THE COURT
>
>s/ *David L. Piester*
>
>David L. Piester
>United States Magistrate Judge