IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAY WELLS and RYAN RASMUSSEN, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. 4:04CV 3193 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| LAWRENCE VOLF; PRIME TRADING COMPANY, INC., a Nebraska corporation; COMMERCIAL HEDGE SERVICES, INC., a Nebraska corporation; SHERMAN COUNTY BANK; and SHERMAN COUNTY MANAGEMENT, INC., a Nebraska corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., a Nebraska corporation, | ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| R.J. O'BRIEN & ASSOCIATES, INC., an Illinois corporation, | ) ) ) | |
| Third-Party Defendants. | ) | |

IT IS ORDERED that the Motion for Enlargement of Time (filing 88) is granted as follows:

1.    Defendants shall have until June 13, 2005, to respond to Plaintiffs' statement of appeal (filing 75); and

2.    Plaintiffs shall have until June 17, 2005, to file a motion for class certification.

DATED this 24th day of May, 2005.

BY THE COURT

*s/* *David L. Piester*

David L. Piester
United States Magistrate Judge