IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAY WELLS and RYAN RASMUSSEN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LAWRENCE VOLF; PRIME TRADING COMPANY, INC., a Nebraska corporation; COMMERCIAL HEDGE SERVICES, INC., a Nebraska corporation; SHERMAN COUNTY BANK; and SHERMAN COUNTY MANAGEMENT, INC., a Nebraska corporation,<br><br>　　　　　Defendants.<br>_____<br><br>SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., a Nebraska corporation,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>R.J. O'BRIEN & ASSOCIATES, INC., an Illinois corporation,<br><br>　　　　　Third-Party Defendants. | Case No. 4:04CV 3193<br><br>**ORDER** |

　　　IT IS ORDERED that the Motion for Enlargement of Time (filing 90) is granted as follows:

　　　1.　　Defendants shall have until July 11, 2005, to respond to Plaintiffs' statement of appeal (filing 75); and

2. Plaintiffs shall have until July 15, 2005, to file a motion for class certification.

3. No further extensions will be granted.

DATED this 15th day of June, 2005.

                        BY THE COURT

                        s/ *David L. Piester*

                        David L. Piester
                        United States Magistrate Judge